The Honorable Karen L. Strombom
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **PEGGY ANN RICHARDSON,**<br><br>    Plaintiff,<br>vs.<br><br>**MICHAEL J. ASTRUE, COMMISSIONER of Social Security**,<br><br>    Defendant. | Civil No. 3:10-cv-5801 KLS<br><br>**ORDER FOR EAJA FEES, COSTS & EXPENSES**<br><br>NOTE ON MOTION CALENDAR<br>August 30, 2011 *without oral argument* |

## **ORDER**

Based upon the stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby

ORDERED that EAJA attorney's fees of $6,394.26, costs of $8.50 (copies ) and expenses of $18.78 ( service by certified mail) for a **total of $6,421.54** shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 552 U.S. 1193 (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman; however,

Order for EAJA Fees- 10-5801- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Dated this 30th day of August, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA  98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per authorization)
Kathy Reif
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

C

Order for EAJA Fees- 10-5801- page 2